UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEVON A. GAYLES-EL, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:21-CV-378-D** |
| ROY COOPER, TODD ISHEE, ERIK A. HOOKS, TIMOTHY D. MOORE, BRANDESHAWN HARRIS, CAROLINA R. TAYLOR, DONALD GREEN, RICHARD T. DUKE, JR., CHRISTOPHER JONES, JOSEPH COOPER, LT. ALEX SINKA, CYNTHIA J. PITTMAN, JAKE FRIDAY, MARCUS ANTHONY, KENNETH WASHINGTON, ANGELA PITTMAN, ANGELA JOHNSON, CHARLES JONES, TRACY BOONE, LUTHER JONES, and KENYATTA ANDREWS, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 19] and DISMISSES the action as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on January 8, 2024, and Copies To:**

Devon A. Gayles-El    (via US Mail to Pasquotank Correctional Institution, 527 Commerce Drive, Elizabeth City, NC 27906)

DATE: January 8, 2024          PETER A. MOORE, JR., CLERK

                                (By)  /s/ Stephanie Mann
                                Deputy Clerk